**Order entered November 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01235-CR
No. 05-13-01237-CR

**JOHN CLOUD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F93-61603-N, F93-61604-N**

## ORDER

The Court **DENIES** appellant's November 13, 2013 "supplement" to the motion to reconsider our October 16, 2013 order and appellant's November 19, 2013 objection to our November 8, 2013 order.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to John Cloud, TDCJ No. 749521, Powledge Unit, 1400 F.M. 3452, Palestine, Texas 75803.

/s/     LANA MYERS
        JUSTICE